UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
DEC 6 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEIONTAY MARSHANT HOSKINS,<br>aka "G," aka "Cuddy," and<br>RONDAE S. SMITH,<br><br>Defendants. | Criminal No. 5:22-cr-47<br><br>Violations:   21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846<br>21 U.S.C. § 860 |

# INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Distribute and Possess with the Intent to Distribute
Cocaine Base and 50 Grams of More of Methamphetamine)

During a period commencing on or about June 3, 2022, and ending on or about June 9, 2022, in Ohio County, within the Northern District of West Virginia, and elsewhere, defendants **GEIONTAY MARSHANT HOSKINS, aka "G," aka "Cuddy," and RONDAE S. SMITH**, did unlawfully, knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and distribute the following: a mixture and substance containing a detectable amount of cocaine base, also known as "crack," and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, Schedule II controlled substances; all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT TWO

(Distribution of Cocaine Base within 1000 Feet of a Protected Location)

On or about June 3, 2022, in Ohio County, in the Northern District of West Virginia, defendants **GEIONTAY MARSHANT HOSKINS, aka "G," aka "Cuddy," and RONDAE S. SMITH**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency, within 1000 feet of real property comprising Heritage Port Playground; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860.

## COUNT THREE

(Distribution of Methamphetamine within 1000 Feet of a Protected Location)

On or about June 9, 2022, in Ohio County, in the Northern District of West Virginia, defendants **GEIONTAY MARSHANT HOSKINS, aka "G," aka "Cuddy," and RONDAE S. SMITH**, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, within 1000 feet of real property comprising Overbrook Playground; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860.

## COUNT FOUR

(Possession with Intent to Distribute 50 Grams of More of Methamphetamine within 1000 Feet of a Protected Location)

On or about June 9, 2022, in Ohio County, in the Northern District of West Virginia, defendants **GEIONTAY MARSHANT HOSKINS, aka "G," aka "Cuddy," and RONDAE S. SMITH**, did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within 1000 feet of real property comprising Overbrook Playground; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 860.

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including the following: $4,406 in United States currency seized from RONDAE S. SMITH on June 9, 2022.

A True Bill,

/s/_____
Grand Jury Foreperson


/s/_____
WILLIAM IHLENFELD
United States Attorney


Shawn M. Adkins
Assistant United States Attorney